# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GONZALEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>YATES, et. al.,<br><br>        Defendants.<br>_____/ | CV F   05 1039 AWI SMS P<br><br>ORDER DISREGARDING MOTION FOR LEAVE TO PROCEED WITHOUT SANCTIONS (Doc. 6.) |

    William Gonzalez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On November 7, 2006, the Court dismissed Plaintiff's Complaint with leave to amend and granted Plaintiff thirty (30) days in which to comply. On December 12, 2006, Plaintiff submitted an Amended Complaint and also moved to proceed without sanctions for what he deemed an untimely submission.

1      Plaintiff's motion is unnecessary.  First, the Court did not issue an Order to show cause
2 why sanctions should not be imposed.  Second, should Plaintiff need more time, he need only
3 move for an extension of time, even if he submits the expected pleading at the same time.  This
4 would serve to extend the deadline for however many days needed to make the submission
5 timely.
6      In light of the above, the Court HEREBY ORDERS the Motion for Leave to Proceed
7 Without Sanctions is DISREGARDED.

9 IT IS SO ORDERED.

10 **Dated:**   <u>**December 13, 2006**</u>            <u>    **/s/ Sandra M. Snyder**    </u>
    icido3                                         UNITED STATES MAGISTRATE JUDGE