IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GONZALEZ, | 1:05-cv-1039 AWI-SMS (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| JAMES YATES, | (DOCUMENT #13) |
| Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 17, 2008, plaintiff filed a request for the court to provide him a contact list of attorneys who could represent him. The court does not have such a list available to send to plaintiff. In the alternative, plaintiff requests an extension of time in this action. Good cause appearing, plaintiff shall be granted an extension of time in which to file an amended complaint in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time is GRANTED; and
2. Within thirty days from the date of service of this order, plaintiff shall file an amended complaint, pursuant to the court's order of October 3, 2008.

IT IS SO ORDERED.

Dated:   November 25, 2008          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE